JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ERIK WARD,

        Petitioner

v.

J. COLLINS,

        Respondent.

Case No. 2:19-cv-07998-JFW (GJS)

JUDGMENT

     Pursuant to the Court's Order:  Summarily Denying and Dismissing Petition; Denying Certificate of Appealability; and Referring Petition Pursuant to Ninth Circuit Rule 22-3(a),

     IT IS ADJUDGED that the above-captioned case is dismissed as follows: Grounds Two, Three and that portion of Ground One alleging error under California Penal Code § 654 of the Petition are dismissed without prejudice, pursuant to 28 U.S.C. § 2244; and the remaining portion of Ground One of the Petition, alleging error in the denial of Petitioner's Section 1170.126 request to recall his sentence, is denied and dismissed with prejudice

DATED:  October 25, 2019.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE